IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WILLIAMS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL OVERMYER, et al., )<br>    Defendants. ) | Civil Action No. 1:18-cv-35<br><br><br>Judge Susan Paradise Baxter |

## ORDER OF COURT

Susan Paradise Baxter, District Judge

    Plaintiff initiated the instant action on January 29, 2018. ECF No. 1. On June 28, 2018, Plaintiff filed a letter with the Court that was construed as a request for preliminary injunctive relief. ECF No. 32. Following a hearing held on August 8, 2018, the undersigned, then a United States Magistrate Judge, issued a Report and Recommendation that Plaintiff's request for a preliminary injunction be denied. ECF No. 37. In response, Plaintiff filed objections to the Report and Recommendation. ECF No. 42.

    On September 14, 2018, the undersigned was sworn in as a United States District Judge. This action was reassigned to this Court's docket on September 19, 2018. ECF No. 43.

    After conducting a thorough *de novo* review of Plaintiff's objections, the Court stands by the conclusions set forth in the Report and Recommendation. Accordingly, it is HEREBY ORDERED that the Report and Recommendation issued on August 9, 2018, is converted into a final Memorandum Opinion. Consistent with the recommendation therein, Plaintiff's motion for preliminary injunctive relief is DENIED.

1

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

Dated: September 25, 2018